**[J-16-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 748 CAP |
| | : | |
| Appellee | : | Appeal from the Order entered on |
| | : | November 16, 2007 in the Court of |
| | : | Common Pleas, Philadelphia |
| v. | : | County, Criminal Division, denying |
| | : | PCRA relief at No. CP-51-CR- |
| | : | 0602521-1989.  (Nunc Pro Tunc |
| ANTHONY REID, | : | appeal rights reinstated on June 22, |
| | : | 2017.) |
| Appellant | : | |
| | : | SUBMITTED:  February 4, 2019 |

**ORDER**

**PER CURIAM**                                          **DECIDED:  October 15, 2020**

**AND NOW,** this 15th day of October, 2020, the appeal is **QUASHED**.  *See Commonwealth v. Reid*, 235 A.3d 1124 (Pa. 2020) (quashing serial appeal after concluding *Williams v. Pennsylvania*, ___ U.S. ___, 136 S.Ct. 1899 (2016), does not provide exception to timeliness requirements of Post-Conviction Relief Act (PCRA), 42 Pa.C.S. §§9541-9546, and thus PCRA court lacked jurisdiction to reinstate appellate rights *nunc pro tunc*).  Appellant's "Application for Leave to File Post-Submission Communication" filed February 15, 2019 is **DENIED** as moot.  Appellant's "Application for Leave to File Post-Submission Communication" filed May 12, 2020 is **GRANTED**.

Justice Donohue files a concurring statement.

Justice Wecht files a concurring statement.